FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division    2023 SEP 29  A 11: 58

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | No. 1:23-MJ-185 |
| ) | |
| HASSIBULLAH SULTANY, ) | Court Date: October 2, 2023 |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

Count I (Class A Misdemeanor - E1610528)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 27, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, HASSIBULLAH SULTANY, did drive a motor vehicle on a highway at a speed of 20 miles per hour or more in excess of the applicable speed limit and in excess of 85 miles per hour.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code § 46.2-862.)

Count II (Petty Offense E1610529)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about June 27, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, HASSIBULLAH SULTANY, did drive a motor vehicle at a speed in excess of the posted speed limit.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code § 46.2-870.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Thomas M. Kersey     VSB #93602
Special Assistant United States Attorney
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Office          (703) 299-3811
Fax             (703) 299-3980
Email           thomas.kersey@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that on September 29, 2023, I sent a true and accurate copy of the foregoing document by e-mail to counsel the defendant, Thomas Carter, Esq.

By: _____
Thomas M. Kersey    VSB #93602
Special Assistant United States Attorney
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Office    (703) 299-3811
Fax    (703) 299-3980
Email    thomas.kersey@usdoj.gov